Stephen R. Dratt
California State Bar No. 247552
WILLIAMS SIMONS & LANDIS PLLC
The Littlefield Building
601 Congress Ave., Suite 600
Austin, TX 787701
Tel: (512) 543-1538
sdartt@wsltrial.com

Eric Carr
California State Bar No. 333128
WILLIAMS SIMONS & LANDIS PLLC
3535 Jewell Street
San Diego, CA 92109
Tel: (512) 543-1359
ecarr@wsltrial.com

Attorneys for Plaintiff Estech Systems IP, LLC

# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA
# SAN JOSE DIVISION

| | |
|---|---|
| ESTECH SYSTEMS IP, LLC, <br><br> Plaintiff, <br><br> v. <br><br> OOMA, INC., OOMA INTERNATIONAL OPERATIONS, LLC, and TALKATONE, LLC, <br><br> Defendants. | Case No. 5:24-cv-02527-EJD <br><br> **STIPULATION TO EXTEND DEFENDANTS' TIME TO ANSWER OR OTHERWISE RESPOND TO PLAINTIFF'S COMPLAINT** <br><br> Complaint Filed: 04/26/2024 |

Pursuant to Civil Local Rule 6-1(a), Plaintiff Estech Systems IP, LLC ("Plaintiff") and Defendants Ooma, Inc., Ooma International Operations, LLC, and Talkatone, LLC (collectively, "Defendants") by and through their respective counsel of record, hereby stipulate as follows:

**WHEREAS**, on April 26, 2024, Plaintiff filed its Complaint in the above-captioned matter (Dkt. No. 1);

**WHEREAS**, on May 7, 2024, Defendants were served with process and the Complaint;

**WHEREAS**, absent extension, pursuant to Federal Rule of Civil Procedure 12(a)(1)(A)(i), the deadline for Defendants to answer or otherwise respond to Plaintiff's Complaint is May 28, 2024;

**WHEREAS**, Defendants have requested a 30-day extension of their deadline to answer or otherwise respond to Plaintiff's Complaint, and Plaintiff does not object;

**WHEREAS**, the parties have agreed to extend the deadline for Defendants to answer or otherwise respond to Plaintiff's Complaint to June 27, 2024, which will not alter the date of any event or deadline already fixed by Court order;

**WHEREAS**, this agreed-upon extension is effective without Court approval pursuant to Civil Local Rule 6-1(a);

**NOW THEREFORE**, for good cause, the parties stipulate as follows:

The deadline for Defendants to answer or otherwise respond to Plaintiff's Complaint is extended from May 28, 2024, to June 27, 2024.

IT IS STIPULATED AND AGREED, by and between Plaintiff and Defendants, by and through their respective undersigned attorneys, as to the above.

Dated: May 17, 2024

Respectfully Submitted,

WILLIAMS SIMONS & LANDIS PLLC

By: */s/ Stephen R. Dartt*
Stephen R. Dratt

Attorney for Plaintiff Estech Systems IP, LLC

Dated:  May 17, 2024

KXT LAW, LLP

By: */s/  Karineh Khachatourian*
Karineh Khachatourian

Attorney For Defendants, Ooma, Inc.,
Ooma International Operations, LLC,
And Talkatone, LLC

**ATTESTATION**

I, Stephen R. Dratt, hereby attest, pursuant to Northern District of California, Local Rule 5-1(i)(3) that concurrence in the filing of this document has been obtained from each of the signatories hereto.

                                                  */s/ Stephen R. Dartt*
                                                  Stephen R. Dratt